## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| Directors of the Ohio Conference of Plasterers and Cement Masons Combined Funds, Inc., | : : : : | |
| Plaintiff, | : : | Case No. 3:19-cv-00262 |
| vs. | : : : | District Judge Thomas M. Rose<br>Magistrate Judge Sharon L. Ovington |
| ACL General Contracting Inc., | : : | **DECISION AND ENTRY** |
| Defendant. | : | |

The Court has conducted a <u>de novo</u> review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #21), to whom this case was originally referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.  It is therefore **ORDERED** that:

1. The Report and Recommendations docketed on June 10, 2020 (Doc. #21) is ADOPTED in full;

2. Plaintiff's Request for Entry of Default Judgment as to Damages (Doc. #20) is GRANTED; and

3. Default Judgment is entered against Defendant ACL General Contracting, Inc. in the amount of $708,764.36 in damages, $6,565.50 in attorney fees, and $735 in costs.

June 29, 2020                                    *s/Thomas M. Rose

                                                 Thomas M. Rose
                                                 United States District Judge